## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THERESA JEAN MURPHY,<br><br>                     Plaintiff,<br><br>v.<br><br>(1) STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                     Defendant. | Case No. 17-CV-665-JHP-JFJ |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Theresa Jean Murphy, by and through her attorney Michael D. McGrew of McGrew, McGrew & Associates, and Defendant State Farm Fire and Casualty Company, by and through its attorney Lisa T. Silvestri of GableGotwals, hereby stipulate a joint dismissal with prejudice of the above styled-lawsuit. The parties have settled this matter and each party agrees to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

/s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
McGrew, McGrew & Associates
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone: (405) 235-9909
Facsimile: (405) 235-9929

*Attorney for Plaintiff*
*Theresa Jean Murphy*

/s/ Lisa T. Silvestri
Lisa T. Silvestri, OBA #19239
James Wesley S. Pebsworth, OBA #30900
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
Telephone: (918) 595-4800
Facsimile: (918) 595-4990

*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

{1802119;}

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018 [handwritten: 27], I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Lisa T. Silvestri
    James Wesley S. Pebsworth

                                              s/Michael McGrew
                                              Michael McGrew

{1802119;}